UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEAMSTERS LOCAL 456 PENSION,
HEALTH & WELFARE, ANNUITY,
EDUCATION & TRAINING, INDUSTRY
ADVANCEMENT, AND LEGAL SERVICES
FUNDS, by Louis A. Picani, Joseph Sansone,
Dominick Cassanelli, Jr., Saul Singer, Ross
Pepe, and Jeffrey Isaacs as Trustees and
fiduciaries of the Funds, and WESTCHESTER
TEAMSTERS LOCAL UNION NO. 456,
                Plaintiffs,

v.

CASABELLA CONTRACTING OF NY INC.,
LAURA MARCELA PIGNATARO,
individually, and FRANK PIGNATARO,
individually,
                Defendants.
------------------------------------------------------------x



**ORDER**

21 CV 7311 (VB)

      In response to the Court's May 3, 2022, Order (Doc. #31), on May 4, 2022, counsel for plaintiffs filed a letter motion, with the consent of defense counsel, seeking a stay of this action in its entirety in light of defendant Casabella Contracting of NY Inc. filing for Chapter 11 protection. (Doc. #32).

      Accordingly, this action is STAYED pending further order of the Court.

      The Clerk is instructed to administratively close this case, without prejudice to any party moving by letter motion to reopen the case within thirty days of the conclusion of the Chapter 11 proceedings with respect to defendant Casabella Contracting of NY Inc. See Zimmerman v. UBS AG, 2018 WL 4054860, at *6 (S.D.N.Y. Aug. 24, 2018), appeal dismissed, 789 F. App'x 914, 915–16 (2d Cir. 2020) (summary order) ("The district court's administrative closure of the case does not constitute a final decision: there is no jurisdictional significance to [a] docket entry marking [a] case as 'closed,' which we will assume was made for administrative or statistical convenience.").

Dated: May 5, 2022
      White Plains, NY

                          SO ORDERED:

                          Vincent L. Briccetti
                          United States District Judge